UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | | |
|---|---|---|
| ANTTWAINE M. DUNLAP, | ) | |
| | ) | |
| Petitioner, | ) | Civil No. 7: 22-075-WOB |
| | ) | |
| V. | ) | |
| | ) | |
| DEPARTMENT OF JUSTICE, *et al.*, | ) | **JUDGMENT** |
| | ) | |
| Respondents. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [R. 1] is **DENIED** as follows:

    a. To the extent that Petitioner's § 2241 petition [R. 1] asserts a claim seeking relief under the Privacy Act, this claim is **DENIED** without prejudice;

    b. To the extent that Petitioner's § 2241 petition [R. 1] asserts a claim challenging the validity of his sentence, this claim is **DISMISSED** for lack of subject-matter jurisdiction;

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 22nd day of August, 2022.



Signed By:
*William O. Bertelsman* WOB
United States District Judge